AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **JonPaul Marcel Nadeau** | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **1:24-cv-23907** |
| **Ricardo Rafael Suarez and Brickell Brokers LLC** | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brickell Brokers LLC
c/o Registered Agent: Rivero Law, LLC
19505 Biscayne Blvd
Suite 2350
Aventura, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje Lara
**SRIPLAW, P.A.**
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Oct 10, 2024

SUMMONS

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **JonPaul Marcel Nadeau** | )<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. **1:24-cv-23907** |
| | )<br>)<br>) |
| **Ricardo Rafael Suarez and Brickell Brokers LLC** | )<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ricardo Rafael Suarez
1410 SW 11th Street
Miami, Florida 33135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje Lara
**SRIPLAW, P.A.**
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 10, 2024



Angela E. Noble
Clerk of Court

*Deputy Clerk*
*U.S. District Courts*