## UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

To: United States District Judge

From: Ricardo Rafael Suarez (Pro Se Party)

Date: 10/30/2024

Case #: 1:24-cv-23907-RKA

Subject: PRO SE CASE – REQUEST FOR VOLUNTEER COUNSEL

FILED BY _____ B.C.
OCT 30 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

I am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 USC §1915(d) or am otherwise unable to afford a lawyer. Under that section, "The Court may request an attorney to represent any such person unable to employ counsel and may dismiss the case if the allegation of poverty is untrue, or if satisfied that the action is frivolous or malicious." *Id.*

In making this request, I understand that in *Dean v. Barber*, 951 F.2d 1210 (11th Cir. 1992), the Court held that a district court has discretion to grant a civil litigant's request for the appointment of counsel since a civil litigant does not have an absolute constitutional right to the appointment of counsel. The Court further noted that the appointment of counsel is warranted only where there are exceptional circumstances, such as where the legal and factual issues are so complicated as to require the assistance of a lawyer.

I request volunteer counsel in this case. If appointed, I will cooperate with that counsel in the preparation and presentation of my case.

_____
Signature Pro Se Party

This request for volunteer counsel is referred for listing on the Court's website of available *pro bono* cases seeking volunteer lawyers. The attached description of the case and contact information for contacting my chambers should be posted to that website. If representation is accepted, the volunteer attorney will be eligible for reimbursement of reasonable litigation expenses pursuant to the Court's Reimbursement Guidelines for Volunteer Counsel.

_____   _____
DATE                         UNITED STATES DISTRICT JUDGE